**Law Offices of Rahul Wanchoo**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CNAN GROUP Spa

                Plaintiff,

        - against -

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.

                Defendant.

------------------------------------------------------------X

ECF CASE

08 Civ. ____ (__)

**RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff CNAN GROUP Spa represents to this Honorable Court that said Plaintiff has no U.S. corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
         June 13, 2008

                              **LAW OFFICES OF RAHUL WANCHOO**
                              Attorneys for Plaintiff
                              Cnan Group Spa

                              By: _____*Rahul Wanchoo*_____
                                  Rahul Wanchoo (RW-8725)