BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.
355 Lexington Avenue, 4th Floor
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CNAN GROUP Spa,

        Plaintiff,

        -v-

AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

        Defendant.
-------------------------------------------------------X

08 Civ. 5394 (PKC)

**STIPULATION EXTENDING
TIME TO ANSWER**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the time for defendant, AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., to answer, appear, or otherwise move in this action is hereby extended up to and including August 7, 2008.

    **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation is without waiver of any rights or defenses, including (but not limited to) any affirmative defenses.

Dated: New York, New York
       July 1, 2008

_[signature]_  
Robert J. Brown (RB-9131)  
BROWN GAVALAS & FROMM LLP  
Attorneys for Defendant  
355 Lexington Avenue  
New York, New York 10017  
Tel: (212) 983-8500  
Fax: (212) 983-5946  

_[signature]_  
Rahul Wanchoo (RW-8725)  
LAW OFFICES OF RAHUL WANCHOO  
Attorneys for Plaintiff  
Empire State Building  
350 Fifth Avenue, 59th Floor  
Tel: (646) 593-8866  
Fax: (212) 618-0213  

SO ORDERED:  
_[signature]_  
U.S.D.J.  
7/11/08  

2