# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE
1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

HARRY A. GAVALAS
(1978-1999)
ROBERT J. SEMINARA
(1987-1999)

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

August 26, 2008

**BY FACSIMILE**
(212) 805-7949

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement: Conference adjourned from September 5 to November 7, 2008 at 9:30am. SO ORDERED. /s/ 8-26-08]*

Re: CNAN Group Spa v. American Steamship Owners Mutual P&I Assoc., Inc.
    08 Civ. 5394 (PKC)
    Our File No.: 1545.0006

Dear Judge Castel:

We represent the defendant in this matter and write to respectfully request a postponement of the initial status conference currently scheduled for September 5, 2008. This is the first request for a postponement, and is made with the consent of plaintiff's counsel.

By way of background, plaintiff is an Algerian company involved in the business of vessel operation and management. Defendant is a protection and indemnity insurance association based in New York, which provides insurance coverage for shipping interests worldwide. The present action involves a dispute over reimbursement for numerous claims allegedly settled by plaintiff over a two year period.

This action was commenced on June 13, 2008. Currently, the parties are coordinating meetings with individuals in London, New York, and Algerian offices to discuss the possibility of settlement and to narrow the points of disagreement. However, the difficulties of coordinating meetings across different time zones and continents have necessarily resulted in some delays, and the parties require additional time to continue exploring these issues. Accordingly, the parties respectfully request an additional sixty days for the initial status conference—until November 4, 2008—to continue these discussions.

**BROWN GAVALAS & FROMM LLP**

The Honorable P. Kevin Castel
August 26, 2008
Page 2

    We thank the Court in advance for its consideration of this request.

                                    Respectfully submitted,

                                    BROWN GAVALAS & FROMM LLP

                                    Peter Skoufalos

cc:    Law offices of Rahul Wanchoo
       Attn: Rahul Wanchoo, Esq.
       (By E-Mail: rwanchoo@wanchoolaw.com)